UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CLAUDINO GOMES-VIEIRA,**  :<br>    Plaintiff              :<br>                           :<br>v.                         :<br>                           :<br>**SCRANTON CHEVROLET OF**  :<br>**NORWICH, INC.**          :<br>    Defendant              :<br>                           : | **CIVIL ACTION NO.**<br>**3:17-cv-1700-VLB**<br><br><br><br><br><br>**FEBRUARY 8, 2018** |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, Claudino Gomes-Vieira, through his attorney, and the defendant, Scranton Chevrolet of Norwich, Inc., through their attorneys, hereby stipulate that the plaintiff's claims shall be dismissed with prejudice and without costs or attorney's fees.

        **PLAINTIFF, CLAUDINO GOMES-VIEIRA,**

        By: /s/ *Daniel S. Blinn*
           Daniel S. Blinn (ct02188)
           dblinn@consumerlawgroup.com
           Consumer Law Group, LLC
           35 Cold Spring Rd. Suite 512
           Rocky Hill, CT  06067
           Tel. (860) 571-0408
           Fax (860) 571-7457

DEFENDANT, SCRANTON CHEVROLET
OF NORWICH, INC.

By: /s/ *Kevin J. Greene*
Kevin J. Greene (ct16742)
Chelsea Choi (ct30387)
Halloran & Sage LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
Tel: (860) 297-4670
Fax: (860) 548-0006
greene@halloransage.com
choi@halloransage.com

## CERTIFICATION

I hereby certify that on this 8th day of February, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Daniel S. Blinn*
Daniel S. Blinn